**William Mark O'ROARK,**
**Plaintiff-Appellant,**

**v.**

**LOS ANGELES COUNTY JAIL;**
**Calipatria State Prison,**
**Defendants-Appellees.**

No. 99–56023.

D.C. No. CV–98–07470–RSWL.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001 [1].

Decided March 29, 2001.

Before GOODWIN, LEAVY, and THOMAS, Circuit Judges.

### MEMORANDUM [2]

William Mark O'Roark, a california state prisoner, appeals pro se the district court's judgment dismissing his complaint as barred by the statute of limitations. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo and affirm. *See Fink v. Shedler,* 192 F.3d 911, 913–14

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

(9th Cir.1999); *Bagley v. CMC Real Estate Corp.,* 923 F.2d 758, 760 (9th Cir.1991).

AFFIRMED.

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.